# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DAVID IAN GARDNER, )<br>)<br>Defendant . ) | No. 08-03111-01-CR-S-RED |

## ORDER

The United States Magistrate Judge has filed a Report and Recommendation that the defendant be declared competent to stand trial. No objections have been filed. It is therefore

ORDERED that the defendant be declared competent to stand trial.

                */s/ Richard E. Dorr*
                **RICHARD E. DORR**
                **UNITED STATES DISTRICT JUDGE**

Date: December 17, 2008